UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ELIZA BOLES, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:23-cv-74 |
| v. ) | |
| ) | Judge Atchley |
| CBC, LLC, ) | |
| ) | Magistrate Judge McCook |
| *Defendant*. ) | |

## ORDER

On April 28, 2023, the Court received notice that the parties have reached a settlement as to all matters in controversy. [Doc. 10]. Plaintiff states that the agreement "requires a brief installment plan" and asks that she be given leave to file for dismissal by July 21, 2023. [*Id.*]. Accordingly, all deadlines in this matter are **CANCELED**. This matter is **STAYED** pending further Order from the Court. It is hereby **ORDERED** that on or before **July 21, 2023**, Plaintiff shall file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff is put **ON NOTICE** that if no stipulation of dismissal or appropriate motion is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**